Case 1:23-mj-00160-ZMF   Document 1-1   Filed 07/1

Case: 1:23-mj-160
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 7/12/2023
Description: Complaint with Arrest Warrant

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas Sullivan, being duly sworn, depose and state as follows:

1. The FBI MPDC Child Exploitation and Human Trafficking Task Force ("CEHTTF") is conducting an ongoing investigation regarding the commercial sexual exploitation of children, women, and men in Washington, D.C. This investigation has led to the identification of the geographic area that approximately spans from L Street to O Street Northwest, and 7th Street to 16th Street Northwest (hereinafter, the "Target Area"), commonly referred to by individuals involved in commercial sexual exploitation as "the Track" or "the Blade."

2. The Target Area is known to be plagued with violations of the District of Columbia Criminal Code and the United States Criminal Code with regards to the commercial sexual exploitation of women, sex trafficking of minors, and the recruitment of women to engage in commercial sex work. These activities typically occur between the hours of 4:00 AM and 8:00 AM during any day of the week.

3. During the CEHTTF investigation, several individuals have been identified as participating in commercial sexual exploitation of women within the Target Area. This includes an individual who has been identified as Charles Dawson (hereinafter "**DAWSON**"). **DAWSON** is known to use various nicknames, including "Chucky," "Chucky Black," "Charlie Black," "Chuck the Gentleman," and "Chuck Don't Give a Fuck." **DAWSON** has been observed and photographed in the Target Area in the company of other individuals engaging in the commercial sexual exploitation of women, and other women engaged in commercial sex work.

4. Members of CEHTTF have identified several accounts on social media websites that are linked to individuals engaged in the commercial sexual exploitation of women within the Target Area. Two identified accounts include **DAWSON**'s Instagram account, ChucktheGentleman, and his Facebook account charlie.black.547727.

5. Your affiant has observed the portions of **DAWSON'S** accounts that are publicly available. These accounts display a commitment to the "pimp" lifestyle or "the game" through the posting of images depicting currency, "pimp clothing", commentary on the sexual exploitation of women, expensive jewelry, and/or commentary on the "pimp lifestyle". These accounts frequently use code, slang or emojis to identify individuals involved in sex trafficking. Examples of this code or slang include "P" (an abbreviation for the word 'pimp,' and the P will always be capitalized when used); "16" (a slang term used to identify a 'pimp', chosen because P is the 16th letter of the alphabet); "King" (another term used in place of 'pimp' to identify an individual as being involved in commercial sexual exploitation); "304" (a term used to identify women engaged in commercial sex work, used because when spelled backwards, 304 looks like the word "hoe"); and RPGO/RHGO (acronyms for "real pimping going on" and "real hoeing going on"). Examples of emojis used include crowns, roses, and money bags.

6. Administrative subpoenas were issued by the CEHTTF for the subscriber information and internet protocol (IP) addresses for **DAWSON**'s Instagram account Chuckthegentleman and his Facebook account charlie.black.547727.

7. In response to these subpoenas, law enforcement received the following information: **DAWSON**'s Instagram account was created on August 12, 2012, with the registered email address Mr.CWDawson@gmail.com. The Instagram account has used multiple vanity names over time, including Chuckdontgiveafuck, Chuckthegentleman, Chuck2thegentleman, Charlieblackthegent, and most recently Charlieblack202. The account was also linked to phone number (202) 210-6845. A search of open databases revealed that this was a Sprint telephone number. A search of law enforcement databases, on December 9, 2020, further revealed a utility bill indicating that this phone number belonged to **DAWSON**.

8.      Your affiant searched for the phone numbers that **DAWSON** provided to Facebook and Instagram through a law enforcement database to determine if the phone numbers had been used to post advertisements offering women for commercial sex. The phone number (202) 210-6845 was used to post an advertisement on November 3, 2018, in Washington, D.C., using the website "Adultlook." The advertisement was for a female named "London," but did not include any information regarding services. This advertisement, however, had been linked via a post identifier[1] of 2976150 to an advertisement for commercial sex for a female named "Nina" located in Baltimore, Maryland.

9.      On December 27, 2018, members of the Prince George's County Police Department Vice and Sex Trafficking Unit ("VSTU") conducted an undercover prostitution operation at the Motel 6 located at 75 Hampton Park Boulevard in Capitol Heights, Maryland. During the course of this operation, members of VSTU arranged to solicit sex acts from a female at the Motel 6. The VSTU contacted the female at the Motel 6 and arrested her for a prostitution-related offense.

10.     The arrested female was identified as a seventeen-year-old minor (born in July 2001 and hereinafter referred to as "the minor") who did not reside in Maryland or Washington, D.C. An individual later identified as Tyrone Harrison was present with the minor in the hotel room and he was also arrested. A white, rock-like substance, believed to crack cocaine, and a clear glass crack pipe were recovered from the hotel room incident to the arrests of the minor and Harrison.

11.     The same day of her arrest, the minor provided a statement to law enforcement. She advised that she was being trafficked by a pimp named "Chuck," whom she identified the next day as **DAWSON** via a confirmation photograph. She also identified the phone number (202) 210-

---

[1] A post identifier is a number used by escort websites to link advertisements posted by the same user or person with the same identifiers (e.g., phone number, email address, physical address).

6845 as belonging to **DAWSON**. The minor stated that **DAWSON** stayed over—i.e., resided—in Washington, D.C. She further stated that **DAWSON** did not know she was seventeen, but rather thought she just did not have an ID.

12.     The minor reported that she met **DAWSON** in early December 2018 through a mutual female friend. The second or third time she saw **DAWSON** in person, he asked her if she wanted to "be a team" and said he could help her out. The next day, the minor called **DAWSON** because she needed money. The minor explained that, on the first day, **DAWSON** sat with her and instructed her on how the "dates" would be handled. He also placed advertisements for "dates" with her on an escort site using photographs he took of her, as well as photos from her Instagram account, Shortyyfrmtheeast. These advertisements were located by your affiant, and they appeared to be advertising the minor for commercial sexual exploitation in Washington D.C. and Maryland from December 26 to December 27, 2018.

13.     The minor advised that **DAWSON** set the prices for the "dates" she was expected to work, and that **DAWSON** kept forty percent of the profits. She stated that **DAWSON** used his phone to communicate with "Johns" and to schedule the dates for her. On the first day the minor worked for **DAWSON**, **DAWSON** would leave the room upon the arrival of a "John" and watch until the "John" left. **DAWSON** would then ask her for his portion of the proceeds from the commercial sex "date."

14.     The minor additionally reported that **DAWSON** had another girl working for him that went by the name "Nina," and that "Nina" worked in Baltimore, Maryland. She further advised that a girl named "Mandy" also worked for **DAWSON**, and that she had seen them together at the Motel 6. In a subsequent interview with the FBI in September 2019, however, the minor stated that she did not see anyone else **DAWSON** worked with or was exploiting in commercial sex.

15. The minor stated that because she was underage, she could not rent the hotel room in her name and therefore "Ty," whom she identified as Tyrone Harrison via a confirmation photo, and others rented the room for her. The minor stated that she did not tell "Ty" she was underage. Records obtained from the Motel 6 where the minor and Harrison were arrested confirm that Harrison booked a room from December 27 to December 28, 2018, and that he paid cash. The minor also stated that Harrison stayed in the room with her and provided her with crack cocaine, which they split. In his post-arrest custodial interview, Harrison denied knowing that the minor was engaging in commercial sex and providing her with crack cocaine.

16. On September 19, 2019, the minor (who by then had turned eighteen) was interviewed by members of the FBI regarding her experience with **DAWSON**. The minor again reported that **DAWSON**, whom she identified by photograph, had been her pimp from approximately December 22 to December 27, 2018. She explained that **DAWSON** would send the "dates" to her room at the Motel 6, but that she did not have much interaction with him. The minor reported that she was high on narcotics most of the time she was engaging in commercial sex acts. The minor advised that she could not remember if **DAWSON** provided her with narcotics but believed he might have when she started working for him. She explained that **DAWSON** came by every two to three days to collect the money she earned from the dates.

17. During the course of this investigation, a law enforcement officer acting in an undercover capacity (hereinafter the "UCE") communicated with **DAWSON** via his Instagram account (then under vanity name Chuck2thegentleman), which contained many photographs of **DAWSON** and which is linked to the Mr.CWDawson@gmail.com account and phone number (202) 210-6845. The UCE, who was operating out of an office in D.C., was posing as a nineteen-year-old female interested in making money via exotic dancing and through commercial sex work.

18. The conversation between **DAWSON** and the UCE started on January 15, 2020, initially over Instagram and then transitioned to text messaging after **DAWSON** told the UCE that his telephone number was (202) 210-6845. During the course of the conversation, **DAWSON** advised the UCE that she had "a lot of potential" and that even "Ray Charles can see it." **DAWSON** told the UCE that he could help her "level up in life," but that they had to talk in person because "everything not for a texts." **DAWSON** asked the UCE to send him a photo of her nipple because "I kno the police cant do that." **DAWSON** told the UCE that he could help her make money at private parties, but that he needed to talk to her in person "so u can understand more."

19. On April 14, 2020, **DAWSON** and the UCE engaged in an audio recorded telephone call. The UCE reiterated that she needed to make money and asked **DAWSON** if he could help her. **DAWSON** stated that he knew some strip clubs that the UCE could audition to dance at. The UCE asked **DAWSON** if she could make more money if she had sex with clients. **DAWSON** stated that he could help the UCE work at a strip club but that he needed to talk to her in person to provide more information.

20. On August 3, 2020, **DAWSON** and the UCE engaged in a recorded video call. The UCE advised **DAWSON** that she had moved out of D.C. and was now living in Richmond, Virginia. The UCE asked **DAWSON** if she could work with him and asked what she would be doing. **DAWSON** advised that she would be working in clubs if she came to D.C. When the UCE asked **DAWSON** if she would also be working in "escorting and stuff," **DAWSON** responded that they would "talk about that in person" and that he would "make sure you make good money." The UCE asked **DAWSON** if clients wear condoms because she was concerned about getting diseases. In response, **DAWSON** told her "not to worry about no stuff like that…we just gonna worry about the club. I'mma tell you about the club and then I'll tell you about all this stuff in person."

**DAWSON** repeated that he would be showing the UCE "a legit club" and that he would "talk to you about everything else…face-to-face." The UCE again asked **DAWSON** whether clients would wear condoms, and **DAWSON** responded, "Yeah." He then stated, "When you're dancing you don't have to worry much about no stuff like that." The UCE reiterated, "I don't want no dirty dick," and **DAWSON** responded, "I don't do nothing unsafe."

21. The UCE asked **DAWSON** how she would be compensated and whether she would make more money "the more stuff I do." **DAWSON** stated that he would "inform you about everything in person. But right now, if you wanna ask me anything about the strip club, I can keep it there." The UCE responded that she wanted to know because "anal…like, that shit hurts." **DAWSON** responded, "Whatever you do is between you and your client, you know what I'm saying. A person is paying for your time…you know what I'm saying…not sex, okay? For your time, not sex." When the UCE attempted to confirm that she could "say no" to a client, **DAWSON** responded, "yeah…I told you I will talk to you in person." **DAWSON** then advised the UCE that he would buy her a Greyhound Bus ticket from Richmond, Virginia to Union Station in D.C.

22. On August 5, 2020, the Greyhound bus company forwarded a bus ticket to the UCE via email. The email stated that a ticket had been booked in the UCE's undercover name by **DAWSON** and paid for by **DAWSON** using a Visa credit card ending in 4018. On this same date, **DAWSON** received an email notification to his Gmail account described above[2] from Cash App, an online funds transfer service, indicating that he had paid $33.99 to Greyhound. The bus was scheduled to depart Richmond, Virginia on August 6, 2020, at 12:01 PM and arrive in Washington, D.C. on August 6, 2020, at 2:40 PM.

---

[2] As noted below, law enforcement applied for and was granted a warrant to search this Gmail account (Mr.CWDawson@gmail.com) in September 2021.

23. In May 2020, law enforcement located and interviewed an adult female (hereinafter J.C.) who reported that she had been recruited to engage in commercial sex work by **DAWSON** and whom she identified by a photograph located on **DAWSON**'S social media. J.C. advised that she met **DAWSON** during the spring of 2019, while she was looking for a pimp to work with. J.C. stated that **DAWSON** contacted her on Instagram and told her that "Ray Charles can see your potential." **DAWSON** came to J.C.'s apartment in Washington, D.C. and discussed having her work for him in commercial sex. J.C. stated that she engaged in commercial sex acts for **DAWSON**'s benefit in Washington, D.C. and Maryland from approximately March 18, 2019— April 15, 2019. During this time, **DAWSON** moved into J.C.'s apartment, located in Washington, D.C.

24. J.C. reported that she worked for **DAWSON** by getting "dates" on the internet, engaging in sex acts in the Target Area, and working in strip clubs and casinos. J.C. advised that **DAWSON** posted her on commercial sex websites, such as Adult Search, Cityxguide, and Megapersonals. J.C. stated that the commercial sex dates would either occur at her apartment in Washington, D.C., or **DAWSON** would transport her from her apartment in Washington, D.C. to a hotel, including hotels in Maryland, and the dates would come to the hotel. J.C. stated that she also worked in commercial sex for **DAWSON** in strip clubs in Prince George's County, Maryland, and casinos in the Washington, D.C. area, including the MGM National Harbor Casino in Oxon Hill, Maryland.

25. J.C. stated that she was scared to work the "Track" in Washington, D.C., but **DAWSON** told her that it was an honor for a woman to work the "Track." **DAWSON** instructed J.C. on how to work the "Track," including how much to charge for commercial sex acts, where to walk to meet "dates," and what to do with the money she earned. J.C. further advised that

**DAWSON** would drive her to the "Track" and would park and wait for her near a school. She also stated that she would call **DAWSON** if business based on commercial sex ads slowed down, and he would decide whether to post her again or take her to the "Track."

26. J.C. reported that **DAWSON** took all of the money that she earned through commercial sex work. J.C. advised that **DAWSON** took her food stamp card, which also held her TANF money[3], so that he could control her TANF money and her food purchases. She also said that he took her ID. J.C. stated that **DAWSON** would promise her that he could help her gain custody of her child, but that he did not do so.

27. J.C. recounted that on one occasion, **DAWSON** caught her messaging another pimp and he became angry. **DAWSON** grabbed J.C. around her throat and threatened to kill her if she tried to leave him. **DAWSON** threw J.C. to the ground, kicked her in the ribs, and beat her legs and body – with his rings on – leaving bruises over her body. J.C. stated that **DAWSON** purposefully avoided hitting her in the head so that she would not have any marks on her face. **DAWSON** did not stop beating J.C. until she begged him to stop and she apologized to him.

28. J.C. continued to work for **DAWSON** after he beat her. J.C. stated that she wanted to leave **DAWSON,** but did not know how to do so because he was living in her apartment. J.C. also stated that she did not know how she would engage in commercial sex work on her own, and that she could not work for another pimp because **DAWSON** took all of her money which meant that she could not pay "a choosing fee."[4]

---

[3] TANF (Temporary Assistance to Needy Families) provides cash assistance to families in need.

[4] A "choosing fee" is money paid by a commercial sex worker to a pimp in order to work for him.

29. J.C. advised that during the time that she worked for **DAWSON**, multiple other females also worked for **DAWSON** in commercial sex. J.C. identified one of those females as Witness #2.

30. Law enforcement used an online database to locate numerous commercial sex advertisements that had been posted of J.C. for Washington, D.C. on Megapersonals.com between March 19, 2019, and April 13, 2019. The title of these ads was "All-American Snow ❄ ❄ ❄." The ads include photos of J.C. in lingerie and state that J.C. is available for "private in room entertainment" and that she aims "to offer the best erotic experience in all of Washington, D.C."

31. In the summer of 2019, Witness #2 was interviewed by members of CEHTTF after she was observed making a date with a "John" in the Target Area. Witness #2 advised the CEHTTF members that she was a sex worker and worked as a "renegade."[5] Witness #2 provided her identification to the CEHTTF members, which included her true name, date of birth, and home address.

32. CEHTTF members located hundreds of commercial sex advertisements for Witness #2 on the Internet beginning on May 8, 2019. Witness #2 posted most of her advertisements in Washington, D.C. and provided the phone number (202) 607-8239 (hereinafter "Witness #2's number") in the advertisements to arrange for a date.

33. Witness #2 refers to herself as by a different name in her advertisements, has social media accounts using that same name, and has advised law enforcement in the past of this nickname.

---

[5] Your affiant knows from training and experience that the term "renegade" refers to a sex worker who does not work for a "pimp."

34. On July 30, 2020, members of CEHTTF conducted surveillance within the Target Area from 4:00 am to 7:45 am. The members observed **DAWSON**, whom they had surveilled on multiple occasions previously and who appears to be the same person seen in the driver's license photograph for **DAWSON**, hanging out with known traffickers within the Target Area. The members also observed Witness #2 walking in a bike lane within the Target Area. Your affiant knows that women engaged in commercial sexual acts in the Target Area will walk in a bike lane to present themselves to traffic to catch a "car date."

35. The members later observed **DAWSON** get dropped off by another known trafficker at a vehicle registered in the name of **DAWSON's** mother. This vehicle was parked in the 1200 block of Vermont Avenue Northwest, which is within the Target Area. **DAWSON** got into the vehicle and then drove southbound towards Thomas Circle NW. The members continued to conduct surveillance in the same block and observed **DAWSON** reenter the block heading northbound past the members. Your affiant was able to see into **DAWSON**'s vehicle and observed **DAWSON** driving with Witness #2 in the passenger seat.

36. Law enforcement served administrative subpoenas on Sprint for subscriber information and call data records for telephone numbers associated with **DAWSON** and Witness #2. Sprint reported that the phone number 202-210-6845 was registered to "Chuck Chuck" of 1711 Owens Road in Oxon Hill, Maryland 20745. Sprint reported that Witness #2's number was registered to Chuck Dawson of 2107 Maryland Avenue Northeast, #103, in Washington, D.C. 20002. Sprint also provided call detail records ("CDR") for these identified accounts. The CDR provided a list of incoming and outgoing phone calls from both phone numbers from November 2019 until June 2020. An FBI criminal analyst assigned to the CEHTTF analyzed this information

and found that the number associated with **DAWSON** (202-210-6845) contacted the number associated with Witness #2 over 2,000 times during that time period.

37. In response to a search warrant issued in January 2021, T-Mobile informed members of CEHTTF that the number associated with **DAWSON** was no longer being used. Witness #2's number was still active and continued to be linked to commercial sex advertisements. Members of CEHTTF reviewed CDR provided by T-Mobile for Witness #2's number. A telephone number of 202-790-8718 was located within the CDR and found to have contacted Witness #2 over five hundred times between November 2020 and August 2021.

38. An administrative subpoena was thereafter issued to T-Mobile for subscriber information and CDR data for 202-790-8718. T-Mobile advised that this number is registered to **DAWSON**'s mother and provided CDR, which were reviewed by members of CEHTTF. Members attempted to identify the most frequent callers who had contacted or been contacted by this number. The members subsequently found that the user of this number had contacted over twenty phone numbers linked to commercial sex advertisements, including 476 phone contacts with Witness #2's number. The user of this number had also contacted several individuals known by CEHTTF members to be "pimps" or otherwise involved in the commercial sexual exploitation of women in the Washington, D.C. area.

39. On September 21, 2021, your affiant received records from Google in response to a search warrant for **DAWSON**'s Google account 'Mr.CWDawson@gmail.com.' Your affiant was able to review the contents of this account and located numerous pieces of information indicating that **DAWSON** was actively using this account.

40. Your affiant located a video labeled, "20 Year Anniversary Players Ball Reunion Host by Bishop Don Juan / Juju The Gentleman BirthDay Bash" located within the Youtube

contents of the account. The video shows **DAWSON** attending a "player's ball"[6] in Washington, D.C. In the video, **DAWSON** is accompanied by several individuals recognized by your affiant as known traffickers, as well as Witness #2. In the video, Witness #2 can be seen exiting a party bus after **DAWSON** and then getting on her knees while **DAWSON** extends his hand and pinkie ring to her. Witness #2 then kisses **DAWSON**'s pinkie ring.

41. Your affiant also reviewed the contents of the Google Drive and located numerous photographs of **DAWSON**. The photographs are screenshots of his Instagram account when it was named "Charlie2thegentleman" and were all stored in the Google Drive in December 2019.

42. A review of **DAWSON**'s email account also led to the identification of the following emails sent to Mr.CWDawson@gmail.com:

   a. Hotel bookings consistent with the locations of commercial sex ads posted by Witness #2 in 2021;

   b. 2,246 emails from Megapersonals.com between February 28, 2019, and November 7, 2020, advising **DAWSON** that he can "VIEW, EDIT, REPOST, or DELETE your ad." These emails were sent for advertisements with the following advertisement subject lines:

      i. Italian Snow Bunny 🐰 New in Town

      ii. Not your typical white girl

      iii. All-American Snow ❄ ❄ ❄

      iv. Sweet As Honey (containing pictures of a woman your affiant recognizes as Witness #2)

---

[6] A 'player's ball' is a large gathering celebrating pimps and pimp culture.

      v. Leaving Soon Dont Miss Out

      vi. Southern Bell thats sweet as Honey😍😍😍😍 (a name used in Witness #2's commercial sex ads)

      vii. All-American (a name used in Witness #2's commercial sex ads);

c. The emails from Megapersonals.com for "All-American Snow ❄ ❄ ❄" (the same title used in J.C.'s commercial sex ads) begin on March 19, 2019, and end on April 20, 2019, consistent with the time period that J.C. stated that she worked for **DAWSON**;

d. Seven emails from cash@square.com advising **DAWSON** that J.C. had sent him money using the Cash App between March 22, 2019, and April 6, 2019;

e. Lyft receipts during March and April 2019 for trips between 1) the area of J.C.'s apartment in Washington, D.C. and the Target Area; and 2) the area of J.C.'s apartment in Washington, D.C. and the MGM National Harbor Casino in Oxon Hill, Maryland.

f. One hundred and seven emails from cash@square.com between September 10, 2020 and May 6, 2021, indicating that an account with the username consistent with Witness #2's nickname had sent **DAWSON** money; and

g. Twenty-seven emails from Paypal.com between April 3, 2021, and September 7, 2021, advising that a Paypal account in Witness #2's true name had sent **DAWSON** money.

43. In November 2021, CEHTTF obtained a search warrant to search **DAWSON**'s Instagram account, then using vanity name Charlieblackthegent. Your affiant reviewed the content of the account and found that **DAWSON** used the account to communicate with other known

traffickers and women who are involved in commercial sexual exploitation in the Washington, D.C. area. A review of these messages showed that **DAWSON** had provided the phone number 202-790-8718 (hereinafter **DAWSON's** number) to numerous known traffickers, suspected traffickers, and women involved in commercial sex acts and identified the number as his phone number.

44. On June 1, 2023, a member of the CEHTFF issued an administrative subpoena to T-Mobile for subscriber information and CDR from January 1, 2023, to June 1, 2023, for **DAWSON**'s number and Witness #2's number.

45. On June 2, 2023, T-Mobile provided the requested data and reported that the account for 202-790-8718 (hereinafter **DAWSON**'s number) is still registered to **DAWSON**'s mother, with the address 2301 S Street, Southeast, Washington, D.C. Witness #2's number is now registered in Witness #2's name, with the address 6009 Oxon Hill Road #920, Oxon Hill, Maryland 20745, an address known to be a residence of **DAWSON.**

46. An FBI intelligence analyst assigned to the CEHTTF conducted a search of the CDR and found that **DAWSON**'s number contacted Witness #2's number five hundred and thirty times during the time period of January 1, 2023, to June 1, 2023. **DAWSON**'s number had also contacted phone numbers associated with suspected and known commercial sex traffickers that operate in the Washington, D.C. area.

47. An FBI intelligence analyst assigned to CEHTTF conducted a search of the phone numbers communicating with **DAWSON**'S number during this time period within a commercial database designed to identify commercial sex advertisements. The FBI intelligence analyst located three phone numbers, including Witness #2's number, linked to hundreds of commercial sex

advertisements, between January 1 and June 1, 2023, in the Washington, D.C. area that also had voluminous contacts with **DAWSON**'s number during the same time period.

48. On July 7, 2023, your affiant received information from Megapersonals.com regarding the "All-American Snow ❄ ❄ ❄" ads posted of J.C. The response from Megapersonals.com showed that the "All-American Snow ❄ ❄ ❄" ads of J.C. were posted by **DAWSON's** Gmail account, Mr.CWDawson@gmail.com, on a daily basis from March 19, 2019, through April 20, 2019.

49. Your affiant reviewed the public content of **DAWSON**'s Instagram account, which is now using the vanity name Charlieblack202. Your affiant found that **DAWSON** recently posted the following messages:

   a. May 26, 2023: **DAWSON** posted a photograph of himself standing in a bar wearing gold jewelry and a black and red shirt, hat, shorts, and sneakers. The photograph is captioned, "U Already Kno I'm at Her P…… I'm not ur Partna… I'm The Devil 👑👑👑👑."

   b. June 10, 2023: **DAWSON** posted a video of himself in a selfie style licking his lips and smiling into the camera. The photograph is captioned, "Hollywood Smiling on You 304s !!!!! #Miami #miaminights."[7]

   c. January 29, 2023: **DAWSON** posted a photograph of himself wearing a red fur coat and Chicago Bulls hat while standing next to another known trafficker. The

---

[7] Your affiant is aware that '304' is a term used to identify women engaged in commercial sex work, used because when spelled backwards, 304 looks like the word "hoe".

        photograph was taken at a BP Gas Station located within the Target Area. The photograph is captioned, "The Game Was Won Outside Sir……"

    d.    January 4, 2023: **DAWSON** posted a photograph of himself wearing a black fur coat displaying his jewelry to the camera. The photograph appears to be taken on a road within the Target Area. The photograph is captioned, "Minks and Gators What the Ism Wear By The way Chump !!!!! #washingtondc."

50.    Based upon your affiant's training and experience investigating sex trafficking cases, your affiant knows that the identified Instagram posts were made by **DAWSON** to indicate the appearance of success as a "pimp" in order to attract women for the purpose of commercial sex trafficking.

## CONCLUSION

Based upon the above information, there is probable cause to believe that **DAWSON** has committed violations of 18 U.S.C. §§ 1591(a)(1) and (b)(1), 1952(a)(3)(A), and 2421(a) between on or about March 18, 2019, and April 15, 2019.

        Respectfully submitted,

        Thomas Sullivan
        Detective
        Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on July 12, 2023.

        HONORABLE ZIA M. FARUQUI
        UNITED STATES MAGISTRATE JUDGE