AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-160 |
| Charles Dawson | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| (AKA: "Chucky," "Chucky Black," "Charlie Black," "Chuck the Gentleman," and "Chuck Don't Give a Fuck.") | ) Date: 7/12/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*       Charles Dawson       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1591(a)(1) and (b)(1) - Sex Trafficking Through Force, Fraud, or Coercion;
18 U.S.C. §1952(a)(3)(A) - Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises;
18 U.S.C. §2421(a) - Transportation with Intent to Engage in Prostitution.

Date: 07/12/2023

*Issuing officer's signature*

2023.07.12 13:40:17 -04'00'

City and state:      Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/12/23, and the person was arrested on *(date)* 7/14/23
at *(city and state)* Oxon Hill, MD

Date: 7/14/23

*Arresting officer's signature*

Det. Thomas Sullivan
*Printed name and title*